FILED

2005 Jul-27  AM 09:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BRANTON M. HENDERSON**, ) | |
| ) | |
| Movant, ) | |
| ) | Civil and Criminal Action Numbers |
| v. ) | 1:00-cr-00423-UWC-JEO |
| ) | 1:03-cv-08044-UWC-JEO |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate

Judge's Report and Recommendation is due to be adopted and approved.  The court hereby

adopts and approves the findings and recommendation of the magistrate judge as the findings and

conclusions of the court.  In accord with the recommendation, the movant's motion for relief

pursuant to § 2255 ,(Doc. 228), is due to be DENIED; the movant's requests for a downward

departure or other consideration for his cooperation with law enforcement, (Doc. 236 & letter

filed March 22, 2005), are due to be DENIED; and the movant's request to have this court give

him credit for the time he served in home confinement while he was on bond, (Doc. 249), is due

to be DENIED.

An appropriate order will be entered.

Done this 26th day of July, 2005.

U.W. Clemon
Chief United States District Judge