# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| BRANTON M. HENDERSON,            ) | |
| )                                                  | |
| Defendant/Movant,      )        | |
| )                                                  | |
| v.                                  )        | 1:00-cr-00423-UWC-JEO |
| )                                                  | 1:03-cv-08044-UWC-JEO |
| UNITED STATES OF AMERICA,   ) | |
| )                                                  | |
| Respondent.             )         | |

## MEMORANDUM OPINION

This matter is before the court on the motion of Branton M. Henderson to vacate, set aside or correct his sentence, filed pursuant to 28 U.S.C. § 2255.  (Doc. 228).[1]  Also before the court are the defendant's requests for a downward departure or other consideration for his cooperation with law enforcement (doc. 236 & letter filed March 22, 2005) and his request to have this court give him credit for the time he served in home confinement while he was on bond (doc. 249).  Following an evidentiary hearing before the magistrate judge, he recommended that the defendant's motions and requests be denied.  The undersigned denied and dismissed the defendant's claims on July 26, 2005.  At that time, the defendant had not objected to the report and recommendation of the magistrate judge.

Subsequent to the dismissal, the court determined that the defendant had been transferred and that he failed to timely inform the court of this change.  The court thereupon afforded him additional time to submit any objections to the report and recommendation.  On October 31, 2005, he submitted a three page, untitled document, which the court deems to be his objections.

---

[1] References to "Doc. ___" are to the documents as numbered by the Clerk of the Court in the court's record in this case.

Therein, he repeats his initial complaints and arguments.

The court has once again considered the entire file in this action and the defendant's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Accordingly, the defendant's motion to vacate, set aside or correct his sentence (doc. 228), filed pursuant to 28 U.S.C. § 2255; his requests for a downward departure or other consideration for his cooperation with law enforcement (doc. 236 & letter filed March 22, 2005); and his request to have this court give him credit for the time he served in home confinement while he was on bond (doc. 249) are due to be denied and this matter dismissed. An appropriate order will be entered.

Done the 6th day of March, 2006.

_____
U.W. Clemon
Chief United States District Judge